UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER G BECK, | CASE NO. 2:24-cv-02159-LK |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on Defendant Commissioner of Social Security's motion titled "Unopposed Motion to Amend the Scheduling Order." Dkt. No. 23. The Commissioner seeks a 30-day extension to pursue settlement, as "additional time is necessary to adhere to Agency policies for obtaining settlement authority." Dkt. No. 24 at 1. Plaintiff Christopher G. Beck does not object to the request. *Id.* Finding good cause, the Court GRANTS Defendant's motion and amends the scheduling order as follows: Defendant's Responsive Brief is due by September 29, 2025; and Plaintiff's Reply is due by October 13, 2025.

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION - 1

The Court notes that the Commissioner improperly titled this request as a motion to amend the scheduling order, when what it actually sought was another extension. Local Civil Rule 7(j) governs Motions for Relief from a Deadline, and requires that such motions, "whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline. Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise." Going forward, the parties are reminded to comply with the Local Civil Rules and other applicable law.

Dated this 29th day of August, 2025.

Lauren King
United States District Judge