UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER G BECK,<br><br>   Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | CASE NO. 2:24-cv-02159-LK<br><br>ORDER GRANTING UNOPPOSED MOTION |

This matter comes before the Court on Defendant's Commissioner of Social Security's Unopposed Motion for Extension of Time. Dkt. No. 27. The Commissioner seeks a 30-day extension as new counsel—recently assigned following the "sudden[]" departure of former counsel from the agency—needs time to review the case and seek guidance from "national subject matter experts." *Id.* at 1–2. Counsel states that the extension may "preserve judicial resources" by allowing for possible settlement. *Id.* at 2. Finding good cause, the Court GRANTS the

ORDER GRANTING UNOPPOSED MOTION - 1

Commissioner's motion and extends the deadlines as follows: the Commissioner's responsive brief is due by October 29, 2025 and Plaintiff's Reply is due by November 12, 2025.[1]

Dated this 29th day of September, 2025.

Lauren King
United States District Judge

---

[1] Local Civil Rule 7(j) governs Motions for Relief from a Deadline, and requires that such motions, "whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline. Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise." The Court considers counsel's representation that he "did not anticipate [the] complications and delays [raised in the motion] when first assigned this case" on September 16, 2025, Dkt. No. 27 at 1–2, together with the sum of the record, and finds it appropriate to grant this motion despite its tardiness.

ORDER GRANTING UNOPPOSED MOTION - 2