UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER G. BECK,<br><br>               Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>               Defendant. | CASE NO. 2:24-cv-02159-LK<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

This matter comes before the Court on the parties' Stipulated Motion for Remand, in which they stipulate that this case should be "reversed and remanded to the Commissioner of Social Security for further administrative proceedings with respect to Plaintiff [Christopher G. Beck]'s eligibility for benefits under Title II of the Social Security Act." Dkt. No. 30 at 1. They also agree that the Appeals Council on remand "will instruct the Administrative Law Judge to further consider [Mr. Beck's] ability to perform past relevant work, if necessary; offer the opportunity for a new hearing; take any further action needed to complete the administrative record; and to issue a new decision." *Id.*

Having reviewed the stipulated motion and the remainder of the record, the Court GRANTS the parties' stipulated motion, Dkt. No. 30, and ORDERS that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is reversed and this case is remanded to the Commissioner for further administrative proceedings and a new decision with respect to Mr. Beck's application for Disability Insurance Benefits under Title II of the Social Security Act. On remand, the Appeals Council will instruct the administrative law judge to further consider Mr. Beck's ability to perform past relevant work, if necessary; offer the opportunity for a new hearing; take any further action needed to complete the administrative record; and issue a new decision.

Dated this 27th day of October, 2025.

Lauren King
United States District Judge