UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER G. BECK,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 2:24-cv-02159-LK<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

Counsel's Motion for Attorney's Fees, Dkt. No. 33, lacks a certification that it was served on Plaintiff. Especially considering that counsel submitted a Fee Agreement in support of the motion that is not signed by Plaintiff, Dkt. No. 33-2, counsel must serve a copy of the motion and this Order on his client and file proof of such service by 11/10/2026. Plaintiff is hereby notified that he has a right to object to the fee request. Any such objection by the Plaintiff must be filed or

received by the Court by 11/25/2026. If the Court does not receive any objection by 11/25/2026, the Court will decide the motion based on the papers already submitted.

Dated this 5th day of November, 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk